# EXHIBIT D

| U.S. Patent No. 11,240,183 | **Respage** |
|---|---|
| 1. A system for web-based communication, the system comprising: | Respage provides a real-time communication system.<br><br>Respage allows creation of personalized website widgets used for communicating.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |
| an electronic processor configured to: | Respage uses electronic processors to implement its real-time communication system.<br><br>Respage includes software that runs on electronic processors enabling chat services to be integrated into websites. |
| receive a request from an unauthenticated user of a web browser for a web page; | Respage receives a request from an unauthenticated user of a web browser for a web page.<br><br>When a user visits a web page, a request for a chat interface is received by Respage services from an unauthenticated user.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>"Customizable: Persona, content, templates, follow-up schedule, tagging & tour scheduler are all customizable" https://respage.com/services/resmate/ |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| send to the web browser from a first responder a question for the unauthenticated user, wherein the question is sent based on the request for the web page; | Respage sends to the web browser from a first responder a question for the unauthenticated user, wherein the question is sent based on the request for the web page.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |
| receive a first communication as part of a conversation from the unauthenticated user of the web browser, wherein the first communication comprises an answer to the question; | Respage receives a first communication as part of a conversation from the unauthenticated user of the web browser, wherein the first communication comprises an answer to the question.<br><br>Respage services receive responses from the user.   The response can be used to trigger additional auto-responses or be used to route the user to an agent.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | <br>https://respage.com/services/chatbot/ |
| send the first communication to the first responder; | Respage sends the first communication to the first responder.<br><br>The Respage services responder receives responses from the user.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | is then able to provide answers to the prospects' queries along with 1<br>a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>"As the prospect moves along the leasing funnel, questions will become more specific and complex, and this is where human agents take over." https://respage.com/blog/2022/01/05/why-humans-and-ai-work-better-together/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it."<br>https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| determine a conversation identifier for the conversation based on the first communication; | Respage determines a conversation identifier for the conversation based on the first communication.<br><br>"When a prospect sends an initial email to an apartment community<br>or completes an online contact form on a property website or ILS,<br>the AI leasing agent uses natural language processing to read the<br>message and understand the intent behind it. The AI leasing agent<br>is then able to provide answers to the prospects' queries along with 1<br>a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>Conversation transcripts require some way to differentiate between conversations.<br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless"  https://respage.com/services/chatbot/ |
| end the conversation with the first responder; | Respage ends the conversation with the first responder.<br><br>"When a prospect sends an initial email to an apartment community<br>or completes an online contact form on a property website or ILS,<br>the AI leasing agent uses natural language processing to read the<br>message and understand the intent behind it. The AI leasing agent<br>is then able to provide answers to the prospects' queries along with 1 |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>"Knows When It Needs Human Help<br>ResMate is smart but knows its limitations. When it gets stuck, or if the apartment prospect requests a human, it seamlessly transfers the conversation to your leasing team."<br>https://respage.com/services/resmate/ |
| identify, based on the first communication, a second responder, wherein the second responder is different from the first responder; | Respage identifies, based on the first communication, a second responder, wherein the second responder is different from the first responder.<br><br>A new agent is identified based on the conversation.<br><br>"It's important to note that the AI leasing agent responds immediately, in contrast to human leasing agents, who can take up to four days to reply to a prospect's inquiries. However, human leasing agents are a crucial part of the process. The AI leasing agent is capable of connecting the prospect with onsite staff if it's unable to answer a query, or if the prospect requests to speak to a human." p. 12, Respage Leasing Automation.<br><br>"Knows When It Needs Human Help<br>ResMate is smart but knows its limitations. When it gets stuck, or if the apartment prospect requests a human, it seamlessly transfers the conversation to your leasing team."<br>https://respage.com/services/resmate/<br><br>"APARTMENT CHATBOT + LIVE CHAT" https://respage.com/services/chatbot/<br><br>"Seamless human handoff. Ours is the only apartment chatbot that can seamlessly transfer to property management staff." https://respage.com/services/chatbot/ |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| determine a communication protocol of the second responder; | Respage determines a communication protocol of the second responder.<br><br>Agents communicate with the Respage system using a communication protocol, such as a chatting protocol.<br><br>"Mobile-enabled for Live Chat agents" https://respage.com/services/chatbot/<br><br>"Respage's leasing automation solutions answer prospect questions via chat, text, or email accurately and instantly and automate follow up." https://respage.com/reslease/ |
| determine a communication address of the second responder; | Respage determines a communication address of the second responder.<br><br>Agents communicate with the Respage system using a communication address, such as a chatting address, inbox address, or telephone number.<br><br>"Mobile-enabled for Live Chat agents" https://respage.com/services/chatbot/<br><br>"Respage's leasing automation solutions answer prospect questions via chat, text, or email accurately and instantly and automate follow up." https://respage.com/reslease/ |
| send the first communication to the second responder based on the communication address of the second responder; | Respage sends the first communication to the second responder based on the communication address of the second responder.<br><br>Respage sends a second responder at least portions of the conversation, such as through a shared inbox when the second responder accesses the shared inbox. |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | <br>https://respage.com/services/chatbot/ |
| receive, from the communication address of the second responder, a first reply from the second responder based on the first communication; | Respage receives, from the communication address of the second responder, a first reply from the second responder based on the first communication.<br><br>The second responder is able to continue the conversation with the user by sending a reply. |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | [Screenshot of "Chatting with megan" chatbot interface showing messages: "Let me put you in touch with a representative." (Rentron at 12:24:06 PM), "Someone should be along shortly. Please stand by." (Rentron at 12:24:07 PM), "You are being connected to megan…" (Rentron at 12:25:41 PM), "Hi How are you today?" (Megan at 12:26:10 PM). Powered by Respage.] <br><br> https://respage.com/services/chatbot/ |
| determine the conversation identifier based on the first reply; | Respage determines the conversation identifier based on the first reply. <br><br> As conversations are differentiated from one another, associating a reply to the conversation requires determining the conversation identifier. <br><br> "Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/ <br><br> "Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
| | each interaction your chatbot to reference whenever you need it."<br>https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| map the first reply to the web browser using the conversation identifier; | Respage maps the first reply to the web browser using the conversation identifier.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it."<br>https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| send the first reply to the web browser, wherein the first reply and the first communication do not include the communication address of the second responder. | Respage sends the first reply to the web browser, wherein the first reply and the first communication do not include the communication address of the second responder.<br><br>The agent's reply is sent back to the user. |

| U.S. Patent No. 11,240,183 | Respage |
|---|---|
|  |  https://respage.com/services/chatbot/ |