# EXHIBIT E

| U.S. Patent No. 11,336,597 | **Respage** |
|---|---|
| 1. A system for web-based communication, the system comprising: | Respage provides a real-time communication system.

Respage allows creation of personalized website widgets used for communicating.

"We all know that everything your prospects need to know is already on your website, but that doesn't stop them from asking if you have the 2-bedroom apartment you've listed as available or what your pet policy is. A chatbot lets prospects ask these questions in real time rather than via a contact form or phone call."https://respage.com/blog/2022/05/27/chatbots-the-easiest-fastest-way-to-improve-multifamily-conversion-rates/

Respage allows creation of personalized website widgets used for communicating.

"The smartest (and fastest) chatbot in multifamily. Based on millions of conversations and NLP technology, our Chatbot responds to prospects like a human being with the information they need. Customize the chatbot to your liking and convert more website leads." https://respage.com/naa-apartmentalize-2022/ |
| an electronic processor configured to: | Respage uses electronic processors to implement its real-time communication system.

Respage includes software that runs on electronic processors enabling chat services to be integrated into websites. |
| receive a communication request, from a web browser of an unauthenticated user of a web page, initiated from the web page; | Respage receives a communication request from an unauthenticated user of a web page, initiated from the web page;

When a user visits a web page, a request for a chat interface is received by Respage services from an unauthenticated user. |

| U.S. Patent No. 11,336,597 | **Respage** |
|---|---|
| | <br><br>https://demo.respage.com |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| send to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request; | Respage sends to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request.<br><br>https://demo.respage.com |
| receive a first communication as part of the conversation from the unauthenticated user of the web browser; | Respage receives a first communication as part of a conversation from the unauthenticated user of the web browser.<br><br>Respage services receive responses from the user. The response can be used to trigger additional auto-responses or be used to route the user to an agent. |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| | <br>https://demo.respage.com |
| determine a conversation identifier for the conversation based on the first communication; | Respage determines a conversation identifier for the conversation based on the first communication.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless"  https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |

4

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| identify, based on the first communication, a second responder, wherein the second responder is different from the first responder; | Respage identifies, based on the first communication, a second responder, wherein the second responder is different from the first responder.<br><br>A new agent is identified, such as through auto-assignment, skill-based routing, or reassignment, based on the conversation.<br><br>https://respage.com/services/chatbot/ |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| determine a communication protocol of the second responder | Respage determines a communication protocol of the second responder.<br><br>"Mobile-enabled for Live Chat agents" https://respage.com/services/chatbot/<br><br>"Respage's leasing automation solutions answer prospect questions via chat, text, or email accurately and instantly and automate follow up." https://respage.com/reslease/ |
| send the first communication to the second responder based on the communication protocol of the second responder; | Respage sends the first communication to the second responder based on the communication protocol of the second responder.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| | <br>https://respage.com/services/chatbot/ |
| receive, from the second responder, a first reply from the second responder based on the first communication; | Respage receives, from the second responder, a first reply from the second responder based on the first communication. |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| | <br>https://respage.com/services/chatbot/ |
| determine the conversation identifier based on the first reply; | Respage determines the conversation identifier based on the first reply.<br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 |

| U.S. Patent No. 11,336,597 | Respage |
|---|---|
| | a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>Conversation transcripts require some way to differentiate between conversations.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/ |
| map the first reply to the web browser using the conversation identifier; | Respage maps the first reply to the web browser using the conversation identifier.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| send the first reply to the web browser. | Respage sends the first reply to the web browser. |

| U.S. Patent No. 11,336,597 | **Respage** |
|---|---|
| | <br>https://respage.com/services/chatbot/ |