# EXHIBIT F

| U.S. Patent No. 11,349,787 | **Respage** |
|---|---|
| 1. A system for web-based communication, the system comprising: | Respage provides a real-time communication system.

"We all know that everything your prospects need to know is already on your website, but that doesn't stop them from asking if you have the 2-bedroom apartment you've listed as available or what your pet policy is. A chatbot lets prospects ask these questions in real time rather than via a contact form or phone call." https://respage.com/blog/2022/05/27/chatbots-the-easiest-fastest-way-to-improve-multifamily-conversion-rates/

Respage allows creation of personalized website widgets used for communicating.

"The smartest (and fastest) chatbot in multifamily. Based on millions of conversations and NLP technology, our Chatbot responds to prospects like a human being with the information they need. Customize the chatbot to your liking and convert more website leads." https://respage.com/naa-apartmentalize-2022/

"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |
| an electronic processor configured to: | Respage uses electronic processors to implement its real-time communication system.

Respage includes software that runs on electronic processors enabling chat services to be integrated into websites. |

6011367v1/34647-0006

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| receive a communication request, from a web browser of an unauthenticated user of a web page, based on a request from the web browser for the web page; | Respage receives a communication request, from a web browser of an unauthenticated user of a web page, based on a request from the web browser for the web page.<br><br>When a user visits a web page, a request for a chat interface is received by Respage services from an unauthenticated user.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation.<br><br>"Customizable: Persona, content, templates, follow-up schedule, tagging & tour scheduler are all customizable" https://respage.com/services/resmate/<br><br>Need Help? We're Here!<br><br>https://respage.com |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | 
https://demo.respage.com |
| send to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request; | Respage sends to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request.

"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | <br>https://demo.respage.com |
| receive a first communication as part of the conversation from the user, wherein the first communication comprises a response to the request for information; | Respage receive a first communication as part of the conversation from the user, wherein the first communication comprises a response to the request for information.<br><br>Respage services receive responses from the user. The response can be used to trigger additional auto-responses or be used to route the user to an agent. |

6011367v1/34647-0006

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | <br>https://respage.com/services/chatbot/ https://demo.respage.com |
| determine a conversation identifier for the conversation based on the first communication; | Respage determines a conversation identifier for the conversation based on the first communication.<br><br>"When a prospect sends an initial email to an apartment community or completes an online contact form on a property website or ILS, the AI leasing agent uses natural language processing to read the message and understand the intent behind it. The AI leasing agent is then able to provide answers to the prospects' queries along with 1 a call to action to schedule a tour." p. 11, Respage Leasing Automation. |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | **"Chatbot + Live Chat:** Allows users to switch from a Chatbot conversation to a live conversation seamlessly" https://respage.com/services/chatbot/<br><br>"An AI leasing agent is capable of having simultaneous chats with multiple users, creating efficiency that humans simply cannot match." https://respage.com/blog/2021/10/06/how-ai-makes-work-more-meaningful/ |
| store, in a persistent data store, a first association between the request for information and the conversation identifier; | Respage stores, in a persistent data store, a first association between the request for information and the conversation identifier.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| store, in the persistent data store, a second association between the first communication and the conversation identifier; | Respage stores, in the persistent data store, a second association between the first communication and the conversation identifier.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| receive a request from the web browser for the conversation; | Respage receives a request from the web browser for the conversation.<br><br>The previous messages are sent to the user when the user visits a new webpage or when the user returns to the same webpage.<br><br>*[Screenshot of "Chatting with Ellen" chat window showing messages: "...know everything there is to know about this community. Do you have any questions? Ellen at 10:15:53 AM", user response "Availability" at 10:16:12 AM, "What type of apartment are you looking for? Ellen at 10:16:13 AM", user response "2 BR" at 10:16:21 AM, with quick-reply buttons "1 BR", "2 BR", "Show me everything". Powered by Respage. Covid-19 tag and Current Residents icon visible.]*<br><br>First Chat Session: https://demo.respage.com/ |

7

6011367v1/34647-0006

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
|  | 

The new chat session after refresh: https://demo.respage.com/

The previous chat session is retained and sent to the user, even after the webpage has been refreshed and a new chat session has begun as evidenced by the time stamps. |
| determine, based on the request for the conversation, the conversation identifier associated with conversation; | Respage determines, based on the request for the conversation, the conversation identifier associated with conversation.

"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/ |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | "Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| retrieve, from the persistent data store, the request for information and the first communication using the conversation identifier; | Respage retrieves, from the persistent data store, the request for information and the first communication using the conversation identifier.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/ |
| send, in response to the request for the conversation, the request for information and the first communication to the web browser. | Respage sends, in response to the request for the conversation, the request for information and the first communication to the web browser.<br><br>"Office teams are given full control of Chatbot conversations, as well as transcripts that help make the transition seamless" https://respage.com/services/chatbot/<br><br>"Since a chatbot immediately asks for general information like the person's name and desired apartment, it doubles as both a customer service tool and a lead generator. You'll even have a detailed transcript of each interaction your chatbot to reference whenever you need it." https://respage.com/blog/2018/04/09/what-is-an-apartment-chatbot/<br><br>The previous messages are sent to the user when the user visits a new webpage or when the user returns to the same webpage. |

6011367v1/34647-0006

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | \n\nFirst Chat Session: https://demo.respage.com/ |

| U.S. Patent No. 11,349,787 | Respage |
|---|---|
| | 
The new chat session after refresh: https://demo.respage.com/

The previous chat session is retained and sent to the user, even after the webpage has been refreshed and a new chat session has begun as evidenced by the time stamps. |